IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THELMA LEE ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:10-CV-03498-BCW |
| | ) |
| WYETH, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court are the parties' Joint Motion to Extend Deadline (Doc. #47) and the parties' Second Amended Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 (Doc. #50). The Court being duly advised of the premises, and for good cause shown, grants said Motion and acknowledges and grants said Stipulation.

The Court's Order of Dismissal (Doc. #46) was entered based upon the parties' representations of settlement and allowed that in the event "the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed on or before December 1, 2012." The parties' extension motion (Doc. #47), filed November 30, 2012, requested the Court reopen the case until December 31, 2012 to give parties further opportunity to finalize settlement documents. On December 20, 2012, the parties filed a Second Amended Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 (Doc. #50). Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED the parties' Joint Motion to Extend Deadline (Doc. #47) is GRANTED. It is further

1

ORDERED pursuant to Fed. R. Civ. P. 41 and the parties' Second Amended Joint Stipulation of Dismissal with Prejudice Pursuant to Rule 41 (Doc. #50), the above-entitled matter including all claims and counterclaims is dismissed with prejudice, with each party to bear its own costs. It is further

ORDERED the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


DATED: <u>January 18, 2013</u>

                                                       <u>/s/ Brian C. Wimes</u>
                                                     JUDGE BRIAN C. WIMES
                                                     UNITED STATES DISTRICT COURT